# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 225

Kayla Myrick; Kayla Myrick on
behalf of LM and LM, Petitioners

v.

Terica Holmes, Respondent and Appellant

## No. 20250199

Appeal from the District Court of Stark County, Southwest Judicial District, the Honorable Dann E. Greenwood, Judge.

AFFIRMED.

Per Curiam.

Terica Holmes, Dickinson, ND, respondent and appellant; submitted on brief.

## Myrick v. Holmes
## No. 20250199

**Per Curiam.**

[¶1]   Terica Holmes appeals from a disorderly conduct restraining order. She argues the restraining order violates her constitutional rights because it is "retaliatory and malicious." Holmes's brief does not contain a statement of facts, specify a standard of review, or provide citations to the record showing issues were preserved for review. *See* N.D.R.App.P. 28(b) (providing the minimum requirements for an appellant's brief). We summarily affirm under N.D.R.App.P. 35.1(a)(8) because Holmes's brief does not meet the minimum requirements.

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr